UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OCT 18 2023 PM 1:31
FILED-USDC-CT-HARTFORD

NEYEMBO MIKANDA, CHSC

(Plaintiff.)

v.

Case №: _____

WESLEYAN UNIVERSITY,

& U.S. DEPARTMENT OF EDUCATION

(Defendants.)

## EX PARTE APPLICATION/CIVIL COMPLAINT

### Introduction

11. The Hotchkiss School Co-President, Keren R. Mikanda, that was graduated by the above High School, about *which* the entire world rejoices, and often sponsors special trips to many countries of every continent, behold, the above top graduate who earned only straight "A(s)" at the elite school was sent to a failing school that hired only 2 women and 1 man as their key professors whose scholarship is in drawing and in artistically depicting *some* objects of little or no significance to her own professional ambition.

12. Keren's interests were always in Medicine.

13. The President of the Wesleyan University is well talented in studying subjects of no interest to Keren Mikanda.

14. He took the trip together with his wife to interview Keren so she can become a failure in this life.

15. The United States Department of Education can never be an honest institution in sponsoring the above individuals to go around the country recruiting achievers such as Keren in order to transform them to failing persons who will be earning minimum wages.

Copyrighted © 2023 -- New Jersey University College of Public Synergies & Medicine       -- TIN**-***9076

16. They have been given a special status, which always enables them to seduce young children in order to derail their own progress: Keren is always a well determined person who could have become very successful.

17. At a very young age of 11, Keren Rose Mikanda outperformed every other 11 years old persons, and was also awarded the top honor in leadership by the Governor of the State of New Jersey and also by the Congressmen, or by the Senators of that great State.

18. If you quiz Keren about calculus, she would impress you as if she were a very excellent mathematician at her very young age.

19. If you will ask her a chemistry question, she will impress you as well.

20. In biology and even in literature, she is well versed, and very competent.

21. The team of the above leaders of the above failing school is always travelling to Salisbury, Connecticut, to interview only the blackest students who have achieved the highest grades everybody else have never achieved.

22. Those who travel there are the couple that specializes on nothing academic.

23. When they were young, they slept together while other students were in school.

24. They were always well connected, because their own parents were always working together in the same University, where they failed every discipline.

25. Their parents wanted them to marry each other so they can become a little better, being as they always were incapable to achieve anything individually.

26. At the age of 19, the young woman had failed mathematics 18 thousand times, which means to say, at the age of 19, she gave up.

27. She could never have passed her GED, if her own father did not take it for her.

28. He was always the President of Wesleyan Methodist University, as it was called at that time.

29. After his death, the young man hired the friend of his father-in-law.

30. He fired him, because he had asked him the level of education he had achieved.

Copyrighted © 2023 -- New Jersey University College of Public Synergies & Medicine                    -- TIN**-***9076


31. He was always very incompetent.

32. The old man assisted him in making a portfolio that made him capable to petition for the degree of Doctor of Philosophy in Literature.

33. When the old man died, he refused to mourn for him. He said he was incompetent.

34. When he was President, the above University had 20,000 students.

35. When this guy took it, the student population dwindled to 2,000.

36. Those 2,000 students are always restricted to 10 classrooms.

37. Each classroom is always taught by volunteers who are the members of the church.

38. The church is very well organized – Pas du tout – Pas du tout – Pas du tout – Pas du tout – Pas du tout, which means, not-at-all.

39. I, that write this, am the Master of all choirs.

40. I am Jesus CHRIST.

41. Neyembo Mikanda is typing what I am telling to him.

42. We were together in his car in 2015. And we also posed together.

43. 5 Walmart(s) have 13,000 photographic images, which Neyembo Mikanda took in the above year. (2 are in Utica or near Utica right there in New York State; 2 are in Baltimore or in North East, right there in Maryland; and, 1 is in Pennsylvania, 4 to 5 miles from the Wilmington, Delaware House of Neyembo Mikanda and Photjana Kittipibul.)

44. The cameras with which we photographed each other are in Virginia with the State Police in their barrack of Fredericksburg.

45. One version of everything, which he had photographed up to a week earlier, is stored in the above house, which is now occupied by a Belgian man who pays nothing to Neyembo Mikanda who had paid in full every liability of owning the above house.

46. (Mark E. Baker the Policeman that arrested Neyembo Mikanda remains the sole custodian of whatever property was seized from the father of Keren on October 16, 2015.)

47. I am Jesus CHRIST.

48. The University of less than 2,000 students has failed to teach every discipline which is required by the accrediting agencies who always visit the said institution when his woman is always claiming to be ill.

49. She is the expert of all trades.

50. When Keren came to her school, she advised her to stay away from her own classroom.

51. She was always concerned that if she would fail to teach correctly, Keren would know.

52. She told Keren multiple times to remain in her own room whenever she could not attend her own class.

53. Keren did just that.

54. She gave Keren "C(s)" and "D(s)" in order to discourage her from becoming a prospective graduate student someday.

55. However, Keren can never ask any question to the woman of the President.

56. If she raises her hand, she tells her to lower it.

57. And after a while, she dismisses everybody, but retains Keren.

58. She threatened to have her deported to a country where she was never born.

59. If arrogance could serve any human being, that beautiful woman would be well served by sabotaging Keren's education: She has done just that.

60. Every French woman of that caliber is always very arrogant.

61. A woman of that same kind of dialectics once threatened to end the life of Keren's father.

62. She was supposed to be a physician.

63. However, Neyembo Mikanda was never her own patient.

64. And he had never appeared before her for any examination in any place.

65. Nevertheless, she prescribed all kinds of pills.

66. And she also commanded her own nurses to torch Neyembo Mikanda's eyes every 15 minutes in order to make his life very uncomfortable so he can desire death above everything else.

Copyrighted © 2023 -- New Jersey University College of Public Synergies & Medicine                                                                 -- TIN\*\*-\*\*\*9076

67. (The mental hospitals of America are torture-houses, to say the least.)

68. Those pills worked this way:

69. He took them at 7:00 PM.

70. Around 10:00 PM, he sweated all his fluids out.

71. This would explain also, how Michael Jackson died.

72. He was given the same Propofol.

73. After he sweated, his energy disappeared completely.

74. The woman was very incompetent, to say the least.

75. Her mother is the Chief Physician; and, her own uncle is the Head of the Hospital, which is called, Western State Hospital, which is located in Staunton, Virginia.

76. Neyembo Mikanda died 3 times in Staunton.

77. The cause of his death was always Propofol.

78. His energy disappeared after he had sweated approximately 30 to 40 minutes only.

79. If he had to use the bathroom, he could not wake up.

80. He tried and tried and tried.

81. If he succeeded to lift one leg at a time, he could not lift the other leg.

82. Every arrogant physician must always exercise restraint.

83. In the end, she came in the cell or room of Neyembo Mikanda to apologize about her evil intent of attempting to end his life.

84. The rest is for them to handle later.

85. At that same institution, he was always starved.

86. He was given 2 packs of tuna, and a Little Debbie, and an orange or an apple.

87. He was denied bread.

88. And when a Black inmate sold his slice to Neyembo Mikanda in exchange with the Little Debbie cookie or cake, the Belgian woman got so upset; and, she assaulted the Black man.

89. At Wesleyan University, it is the same thing.

90. The workers of that University are always underpaid.

91. They are taking the best foods only for themselves.

92. And Keren is always starved.

93. She can never go out of that Institution.

94. Every U.S. Person must pay attention to this Complaint.

95. There is no explanation, why the 2 people who are President and Vice President of the above University are forbidding young adults to walk to the convenient stores, unless when they are being escorted there.

96. It might be said, that, Keren has been made a prisoner by the couple.

97. Even in prisons, the inmates always enjoy recreation in the open yard or in a building which is supplied with the equipment, which must be used by any person.

98. The imprisonment of Keren is a crime, which must be addressed by the Department of Education.

99. The workers always tell her, that, the Police will get her. And when the food is not enough for everybody, they tell her, You have your scholarship. You should use that money to buy your own foods. If you don't listen, we will get you deported to Africa.

100. Of a truth, the people of Connecticut have misbehaved.

101. They misbehaved the same way their fellow Americans of Virginia also misbehaved.

102. Neyembo Mikanda was in 3 institutions.

103. His Judge, Noel Hillman, should have visited his prisoner.

104. At the Rappahannock Regional Jail, he was never given any meat, such as cow meat, or chicken with or without bones.

105. Only 1 time was he given a burnt burger, which he could never eat.

106. Listen: He was given a table-spoon of milk each day.

Copyrighted © 2023 -- New Jersey University College of Public Synergies & Medicine        -- TIN**-***9076

107   Each day is not each day: They gave a pint of milk once each week.

108   The workers took everything to their own houses. (One was also seen with a small box of patients' foods, which he was mailing to his own son who was in a barrack of the U.S. Army in the State of New York: If more information is required, please, request more clarifications, or details as to who this guy is?)

109   One day, they also fed to Neyembo Mikanda some human flesh.

110   If America would police the whole world, they should start at home.

111   Listen again:

112   In the morning, they always gave to Neyembo Mikanda some porridge which they had cooked a day or a week earlier.

113   And they gave him nothing else, although one time he was given an egg, which was also cooked many weeks earlier.

114   It was in the same day when they gave him some grits which was uncooked; they wanted him to put cold water in it so he can eat it as if he were an animal.

115   At the next institution, which was called, Sheriff William G. Truesdale Adult Detention Center, he was also given the pint of milk only on a weekend.

116   The rest of the week, no inmate could drink any milk: The Virginian people could never be honest.

117   The people of this country have their own problems to deal with:

118   They are always starving the African people.

119   At William Truesdale Adult Detention Center, Neyembo Mikanda was also served the human flesh.

120   It was cooked as if it were a soy product.

121   When I warned Neyembo Mikanda not to eat it, he was just coming from the court.

122   And he was very hungry.

123  They fed him the wrong thing.

124  The folks of the Wesleyan University are also feeding their own student-population the same kind of meat which they should not feed them.

125  Count 1

126  When Keren was recruited by the above University, she possessed a scholarship of $80,000.00 per year, which she was awarded for having been selected as a Co-President of her own High School.

127  The President told his woman, the little woman could never understand why we chose her.

128  We chose her because she was given $320,000.00 scholarship for the 4 years of her undergraduate studies.

129  We will take her and make her a failure.

130  After that, she can be deported to Africa.

131  When she came there, they made her to lie to her own father.

132  He asked her, can I take you to your new school?

133  She answered him in the negative.

134  He asked the location and the name of her new school?

135  She lied to him. She said, University of Vermont.

136  2 times, Neyembo Mikanda addressed his own letters or greeting cards to his own daughter.

137  No response was forthcoming.

138  He later found out the true name of her University.

139  The $320,000.00 of college scholarship that were received for Keren from Hotchkiss, about which the leaders of Wesleyan University are also depriving Keren of cafeteria food, and are compelling her also to buy her own cooked meals from the Uber drivers, *even* after

Copyrighted © 2023 -- New Jersey University College of Public Synergies & Medicine                    -- TIN**-***9076

she already had been charged for the full meal plan, behold, the above University is stealing the scholarship which Keren earned while working very hard in her own high school, where she excelled above everybody else, till she was awarded the above tuition money, which the President and his woman converted to the general funds.

WHEREFORE, Wesleyan University shall restore each $1 of Keren's full scholarship, 5 times, ($1,600,000.00,) pursuant to Exodus XXII, 1.

## Count 2

141. Both defendants do know; and the Judges also know, or should have learned in Law School, the meaning of the word, "Jurisprudence," which is herein defined, as follows:

142. "J," for Justifiable conclusion of law (about what every human being will do in a given situation);

143. "U," for United States' Legal System;

144. "R," for Retraxit or Withdrawing of Process is prohibited as being bad behavior;

145. "I," for Instrument of Justice but not cruelty;

146. "S," for Social System;

147. "P," for Public or People;

148. "R," for Retraxit or Withdrawing of Process is prohibited as being bad behavior: (When this occurs 2 times, the R(s) cancel each other out; which means, Retraxit is possible only if an Order is issued about it.)

149. "U," for United States' System: (When this occurs 2 times, the U(s) cancel each other out; which means, United States' System is not necessarily a United States' System, which also means, that, every other legal system is alike.);

150. "D," for Doctrine of Law, which means a belief system, which originated from the Common Law, which is always the Word of God.)

151. "E," for Everywhere on this earth;

Copyrighted © 2023 -- New Jersey University College of Public Synergies & Medicine    -- TIN**-***9076

152  "N," for Nation's building;

153  "C," for Country's security: Because a nation is also a country, "N" and "C" cancel each other out; which means, the Rule of Law implicates not only the nation's building; it also implicates the humanity in its own dealings throughout human history;

154  "E," for education, or re-education of the people who must always understand the bad consequence of lawlessness.

WHEREFORE, both the Wesleyan University and the U.S. Department of Education shall cause the degree in Medicine, which was filed on behalf of Keren Rose Mikanda in the U.S. District Court, District of Delaware, to be noted on the Educational Record or Transcript of Keren Rose who will soon begin her Pre-Med Classes in MIT, which is also sued in this same District for the same reliefs to which she is entitled.

155                                                   Count 3

156  Every Judge who is instructed about the American Jurisprudence is like a referee who has withdrawn the June 29, 2017's U.S. Justice Department's Certificate of Restoration of Competency to Stand Trial concerning Neyembo Mikanda who was cheated when the United States stole the *opportune* Document 64 of USA v. MIKANDA, whom it *also* appointed to utter destruction as stated in an unfiled Transcript.

WHEREFORE, behold, within 70 days, Ex Parte Mikanda will issue the Final Judgment; and the Court's Clerk shall seal it with the Seal of the Court before filing it and serving it to every other party to this same Civil Complaint/Ex Parte Application.

Respectfully Submitted,

_____
Ex Parte Neyembo Mikanda, CH SC
1704 Bluestem Avenue
Williamstown, NJ 08094

Dated: October 18, 2023.

Copyrighted © 2023 -- New Jersey University College of Public Synergies & Medicine                      -- TIN**-***9076